**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Glenn D. McGOGNEY, Respondent.**

Supreme Court of Pennsylvania.

Submitted Nov. 30, 2011.

Decided March 26, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of March, 2012, upon consideration of the parties' briefs, the record, and the report and recommendation of the Disciplinary Board, respondent, Glenn D. McGogney, is hereby disbarred.

ployees. Intervenor's Brief at 10. Moreover, says the County, treating deputy sheriffs of Allegheny County differently from those in other counties would violate equal protection principles established in *DeFazio v. Civil Service Comm'n*, 562 Pa. 431, 756 A.2d 1103, 1106 (2000) ("One particular county officer may not be treated differently from the other similar officers throughout the commonwealth merely because that officer is within a certain class of county.").